In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-346 CR


____________________



LINDA WARS MALNAR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 2


Angelina County, Texas


Trial Cause No. 03-0511






MEMORANDUM OPINION (1)


 We have before the Court an appeal by Linda Wars Malnar from a deferred
adjudication order entered May 13, 2003. The notice of appeal was filed with the trial
court on July 24, 2003, more than thirty days from the date of the appealable order. We
notified the parties that the appeal did not appear to have been timely filed, but received
no reply. The court finds the notice of appeal was not timely filed. Tex. R. App. P. 26.2. 
No extension of time was timely requested pursuant to Tex. R. App. P. 26.3. It does not
appear that appellant obtained an out-of-time appeal. The Court finds it is without
jurisdiction to entertain this appeal.

 It is, therefore, ORDERED that the appeal of this cause be DISMISSED for want
of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered October 2, 2003

Do Not Publish

McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.